**Larry Donnell FOWLKES,
Petitioner–Appellant,**

v.

**Ronald J. ANGELONE, Respondent–
Appellee.**

**No. 02–7041.**

United States Court of Appeals,
Fourth Circuit.

Submitted Nov. 18, 2002.

Decided June 19, 2003.

Jennifer M. Rubin, Kevin Michael Henry, Kim Lea Simmons, Sidley, Austin, Brown & Wood, L.L.P., Washington, D.C.; Julia Elizabeth Sullivan, Crownsville, Maryland, for Appellant. Hazel Elizabeth Shaffer, Assistant Attorney General, Richmond, Virginia, for Appellee.

Before LUTTIG, TRAXLER, and KING, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Larry Donnell Fowlkes appeals the district court's denial of his successive habeas petition filed pursuant to 28 U.S.C. § 2254 (2000) prior to obtaining authorization to file it in accordance with 28 U.S.C. § 2244 (2000). Due to our recent denial of Fowlkes' petition to file a successive habeas petition, *see In re: Fowlkes,* 326 F.3d 542 (4th Cir.2003), his appeal in this case is moot. Accordingly, we deny a certificate of appealability and grant the Appellee's unopposed motion to dismiss this appeal. We dispense with oral argument, because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*